# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONOVAN CHARLES STONER,
                Appellant,

vs.

JACK PALMER, WARDEN,
                Respondent.

No. 76702

**FILED**

SEP 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Appellant filed a notice of appeal on August 13, 2018. The notice of appeal fails to designate the specific judgment or order being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the order dismissing a postconviction petition for a writ of habeas corpus entered on August 24, 2017, the notice of appeal was untimely filed.[1] *See* NRS 34.575; NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court."

---

[1]Appellant filed a timely appeal from this order, and the Court of Appeals affirmed the order of the district court. *See Stoner v. Warden*, Docket No. 74088 (Order of Affirmance, July 31, 2018). A second duplicate appeal may not be pursued.

SUPREME COURT
OF
NEVADA

(O) 1947A

*18-36109*

*Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Elliott A. Sattler, District Judge
       Donovan Charles Stoner
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk